IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:17-cv-00259-BO

| | |
|---|---|
| VOIT TECHNOLOGIES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| DEL-TON, INC., | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSES PURSUANT TO FED.R.CIV.P. 12(f)

Plaintiff, VOIT Technolgoies, LLC, pursuant to Federal Rule of Civil Procedure 12(f), files this Motion to Strike Defendant's Affirmative Defenses ("Motion"). Pursuant to Local Civil Rule 7.1, a Memorandum in Support of this Motion ("Memorandum in Support") is filed contemporaneously herewith.

WHEREFORE, for the reasons set forth in this Motion and the Memorandum in Support, Plaintiff respectfully requests that the Court issue an order striking Defendant's Affirmative Defenses (the Third Defense through Twelfth Defense), and issuing Plaintiff all other just and equitable relief that the Court deems appropriate.

1

Dated: August 28, 2017.

        Respectfully submitted,

        */s/ David F. Tamaroff*
        David F. Tamaroff, Esq.
        LIPSCOMB & PARTNERS, PLLC
        25 SE 2nd Avenue, 8th Floor
        Miami, Florida 33131
        Tel: (786) 431-2326
        Fax: (786) 431-2229
        dt@lipscombpartners.com
        Florida Bar No. 92084

        And

        Frank W. Leak, Jr. Esq.
        LEAK & JAMISON, PLLC
        P.O. Box 21026
        Winston-Salem, NC 27120
        Tel: (336) 245-1655
        Fax: (336) 245-1655
        frank.leak@thirtysixthirtylaw.com
        North Carolina Bar No. 27937
        Local Civil Rule 83.1 Counsel for Plaintiff
        *Attorneys for Plaintiff VOIT Technologies, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 28, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Joseph A. Schouten
jas@wardandsmith.com

Caroline B. McLean
cbmclean@wardandsmith.com

*/s/ David F. Tamaroff*
David F. Tamaroff, Esq.
Florida Bar No. 92084
LIPSCOMB & PARTNERS, PLLC
25 SE 2nd Avenue, 8th Floor
Miami, Florida 33131
Tel: (786) 431-2326
Fax: (786) 431-2229
Email: dt@lipscombpartners.com
*Attorney for the Plaintiff*