IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:17-cv-00259-BO

| | |
|---|---|
| VOIT TECHNOLOGIES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| DEL-TON, INC., | ) |
| | ) |
| Defendant. | ) |

### **VOIT TECHNOLOGIES, LLC'S MOTION TO DISMISS DEL-TON, INC.'S COUNTERCLAIMS PURSUANT TO FED.R.CIV.P. 12(b)(6)**

VOIT Technolgoies, LLC ("VOIT"), pursuant to Federal Rule of Civil Procedure 12(b)(6), files this Motion to Dismiss DEL-TON, Inc.'s ("DEL-TON") Counterclaims ("Motion"). Pursuant to Local Civil Rule 7.1, a Memorandum in Support of this Motion ("Memorandum in Support") is filed contemporaneously herewith.

WHEREFORE, for the reasons set forth in this Motion and the Memorandum in Support, VOIT respectfully requests that the Court issue an order dismissing DEL-TON's Counterclaims, denying DEL-TON's Motion for Bond as moot, and issuing VOIT all other just and equitable relief that the Court deems appropriate.

Dated: August 28, 2017.

Respectfully submitted,

*/s/ David F. Tamaroff*
David F. Tamaroff, Esq.
LIPSCOMB & PARTNERS, PLLC
25 SE 2nd Avenue, 8th Floor
Miami, Florida 33131
Tel: (786) 431-2326
Fax: (786) 431-2229
dt@lipscombpartners.com
Florida Bar No. 92084

And

Frank W. Leak, Jr. Esq.
LEAK & JAMISON, PLLC
P.O. Box 21026
Winston-Salem, NC 27120
Tel: (336) 245-1655
Fax: (336) 245-1655
frank.leak@thirtysixthirtylaw.com
North Carolina Bar No. 27937
Local Civil Rule 83.1 Counsel for Plaintiff
*Attorneys for Plaintiff VOIT Technologies, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 28, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Joseph A. Schouten
jas@wardandsmith.com

Caroline B. McLean
cbmclean@wardandsmith.com

*/s/ David F. Tamaroff*
David F. Tamaroff, Esq.
Florida Bar No. 92084
LIPSCOMB & PARTNERS, PLLC
25 SE 2nd Avenue, 8th Floor
Miami, Florida 33131
Tel: (786) 431-2326
Fax: (786) 431-2229
Email: dt@lipscombpartners.com
*Attorney for the Plaintiff*