UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

VOIT TECHNOLOGIES, LLC,         )
                                )
            Plaintiff,          )
                                )
      v.                        )        **JUDGMENT**
                                )        5:17-CV-259-BO
DEL-TON, INC.,                  )
                                )
            Defendant.          )
                                )

**Decision by Court.**
This cause comes before the court on defendant's motion to dismiss [DE 13] for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6).

**IT IS ORDERED, ADJUDGED AND DECREED** defendant DEL-TON, Inc.'s motion is GRANTED [DE 13].

This case is closed.

**This judgment filed and entered on January 11, 2018, and served on:**
David F. Tamaroff (via CM/ECF Notice of Electronic Filing)
Frank Walter Leak, Jr. (via CM/ECF Notice of Electronic Filing)
Caroline Batchelor McLean (via CM/ECF Notice of Electronic Filing)
Joseph A. Schouten (via CM/ECF Notice of Electronic Filing)
Marla Spector Bowman (via CM/ECF Notice of Electronic Filing)

                              PETER A. MOORE, JR., CLERK

January 11, 2018

                              　/s/Lindsay Stouch
                              By: Deputy Clerk