IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:17-cv-00259-BO

| | |
|---|---|
| VOIT TECHNOLOGIES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| DEL-TON, INC., | ) |
| | ) |
| Defendant. | ) |

## INDEX TO EXHIBITS OF
## PLAINTIFF VOIT TECHNOLOGIES, LLC'S MEMORANDUM IN OPPOSITION TO DEFENDANT DEL-TON, INC.'S MOTION FOR ATTORNEYS' FEES

| | |
|---|---|
| Exhibit A | Dennis Crouch, *Eligibility: A Factual Dispute Requires Alleged Facts*, Patently-O Patent Blog (February 22, 2018), https://patentlyo.com/patent/2018/02/eligibility-handling-disputed.html. |
| Exhibit B | Evan Andrews, *Who invented the internet?* History / A&E Television Networks, LLC (Dec. 18, 2013), http://www.history.com/news/ask-history/who-invented-the-internet. |
| Exhibit C | eBay, *Our History*, http://www.ebayinc.com/our-company/our-history (last visited Mar. 8, 2018). |
| Exhibit D | Affidavit of Barry Schwab [DE 50-4], *TS Holdings, Inc. v. Schwab*, 4:09-cv-13632-MAG-MKM (E.D. Mich. Mar. 14, 2011). |
| Exhibit E | Order [DE 95], *Schwab v. Thomas*, 4:09-cv-13632-MAG-MKM (E.D. Mich. Mar. 14, 2012). |
| Exhibit F | Mar. 28, 2012 Affidavit of Barry Schwab. |
| Composite Exhibit G | '412 Patent File History Excepts. |
| Exhibit H | Memorandum Opinion and Order [DE 32], *VOIT Techs., LLC v. Drucker Labs, L.P.*, 4:16-cv-00695-ALM (E.D. Tex. May 4, 2017). |
| Exhibit I | Joint Stipulation of Dismissal With Prejudice [DE 21], *VOIT Techs., LLC v. Jackson Lighting & Elec. Supply Co.*, 3:17-cv-00763-MMH-MCR (M.D. Fla. Oct. 25, 2017). |

1

| | |
|---|---|
| Exhibit J | Final Consent Judgment [DE 15] entered in *VOIT Techs., LLC v. Decorative Iron of North Carolina, Inc.*, 3:17-cv-00286-FDW-DSC (W.D.N.C. Oct. 19, 2017). |
| Exhibit K | Order on Defendant's Motion to Dismiss [DE 20], *VOIT Techs., LLC v. Bluegate, Inc.*, 1:17-cv-22472-RNS (S.D. Fla. Oct. 27, 2017). |
| Exhibit L | Entry of Appearance of Matthew C. Holohan [DE 9], *VOIT Techs., LLC v. It's Only Natural, LLC*, 1:17-cv-01621-NYW (D. Colo. Aug. 14, 2017). |
| Exhibit M | Ward and Smith, P.A., *Team Member Search*, https://www.wardandsmith.com/our-team?attorney=all (last visited Mar. 8, 2018). |
| Exhibit N | Email from David Tamaroff, Esq. to Joseph A. Schouten, Esq. (Jul. 10, 2017, 12:29 PM). |
| Exhibit O | Order Denying Defendants' Motion for Recovery of Attorneys' Fees, Costs, and Expenses [DE 121], *Credit Acceptance Corp. v. Westlake Servs., LLC*, 2:13-cv-01523-SJO-MRW, at 11 (C.D. Cal. Nov. 2, 2015). |
| Exhibit P | Transcript of Motion to Dismiss Hearing on Nov. 16, 2017 ("Hearing"). |
| Exhibit Q | *SungKyunKwan Univ. v. LMI Techs. (USA) Inc.*, 3:16-cv-06966-VC, 2017 U.S. Dist. LEXIS 74035 (N.D. Cal. July 19, 2017). |