IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO.: 5:17-CV-259-BO

| | |
|---|---|
| VOIT TECHNOLOGIES, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEL-TON, INC., ) <br> ) <br> Defendant. ) | **MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT** |

The undersigned respectfully moves the Court for leave to withdraw as counsel of record for Defendant Del-Ton, Inc. In support of said Motion the undersigned shows the Court as follows:

1. Caroline B. McLean is leaving the firm of Ward and Smith, P.A.

2. Attorneys Joseph A. Schouten and Marla S. Bowman remain as counsel of record for Defendant.

3. On January 31, 2018, Plaintiff appealed this Court's decision granting Defendant's Motion to Dismiss to the United States Court of Appeals for the Federal Circuit. The appeal is pending. In addition, this matter remains before this Court on Defendant's pending Motion for Attorneys' Fees.

4. Caroline B. McLean certifies that she has communicated regarding this Motion with Defendant, and Defendant consents to this Motion.

5. Counsel for Plaintiff does not oppose the relief requested herein.

WHEREFORE, the undersigned respectfully requests that this Court grant this Motion and enter an Order allowing her to withdraw as an attorney of record for Defendant Del-Ton, Inc.

This the 26th day of July, 2018.

/s/*Caroline B. McLean*
Caroline B. McLean
N.C. State Bar I.D. No.: 41094
email: cbm@wardandsmith.com
For the firm of
Ward and Smith, P.A.
Post Office Box 33009
Raleigh, NC 27636-3009
Telephone: 919.277.9100
Facsimile: 919.277.9177
Attorney for Defendant Del-Ton, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Frank W. Leak, Jr., Esq.
frank.leak@thirtysixthirtylaw.com

David F. Tamaroff, Esq.
dt@lipscombpartners.com


/s/ *Caroline B. McLean*
Caroline B. McLean
N.C. State Bar I.D. No.: 41094
email: cbm@wardandsmith.com
For the firm of
Ward and Smith, P.A.
Post Office Box 33009
Raleigh, NC 27636-3009
Telephone: 919.277.9100
Facsimile: 919.277.9177
Attorney for Defendant Del-Ton, Inc.