IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO.: 5:17-CV-259-BO

| | | |
|---|---|---|
| VOIT TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DEL-TON, INC., | ) | |
| Defendant. | ) | |

FOR GOOD CAUSE SHOWN, IT IS ORDERED that Caroline B. McLean is hereby allowed to withdraw as counsel of record for Defendant Del-Ton, Inc. in this action.

SO ORDERED, this the _____ day of July, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

4826-7910-9485, v. 1