UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| VOIT TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | **ON ATTORNEY FEES** |
| DEL-TON, INC., | ) | 5:17-CV-259-BO |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**
This cause comes before the court on defendant's motion for attorneys' fees. [DE 48].

**IT IS ORDERED, ADJUDGED AND DECREED** defendant's motion to award attorneys' fees is GRANTED. The Court finds that an award of $128,535.00 in fees and $716.75 in additional expenses is reasonable given the extent of litigation in this matter and the circumstances of the case.

**This judgment filed and entered on August 6, 2018, and served on:**
David F. Tamaroff (via CM/ECF Notice of Electronic Filing)
Frank Walter Leak, Jr. (via CM/ECF Notice of Electronic Filing)
Caroline Batchelor McLean (via CM/ECF Notice of Electronic Filing)
Joseph A. Schouten (via CM/ECF Notice of Electronic Filing)
Marla Spector Bowman (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

August 6, 2018

   /s/Lindsay Stouch
By: Deputy Clerk