IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO.: 5:17-CV-259-BO

VOIT TECHNOLOGIES, LLC,          )
                                 )
          Plaintiff,             )
                                 )
     v.                          )          ORDER
                                 )
DEL-TON, INC.,                   )
          Defendant.             )

FOR GOOD CAUSE SHOWN, IT IS ORDERED that Caroline B. McLean is hereby allowed to withdraw as counsel of record for Defendant Del-Ton, Inc. in this action.

SO ORDERED, this the __13__ day of August, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE