# United States Court of Appeals for the Federal Circuit

---

**VOIT TECHNOLOGIES, LLC,**
*Plaintiff - Appellant*

v.

**DEL-TON, INC.,**
*Defendant - Appellee*

---

2018-1536

---

Appeal from the United States District Court for the Eastern District of North Carolina in case No. 5:17-cv-00259-BO, Judge Terrence William Boyle.

---

### JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

ENTERED BY ORDER OF THE COURT

February 8, 2019          /s/ Peter R. Marksteiner
                          Peter R. Marksteiner
                          Clerk of Court