UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| VOIT TECHNOLOGIES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | 5:17-CV-259-BO |
| DEL-TON, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**Decision by Court.**
This cause comes before the court on defendant's supplemental motion for an award of attorneys' fees [DE 73] and motion for an extension of time to file a reply [DE 76].

**IT IS ORDERED, ADJUDGED AND DECREED** defendant's supplemental motion for an award of attorneys' fees [DE 73] and motion for an extension of time [DE 76] are GRANTED. Attorneys' fees in the amount of $121,246.04 are awarded to defendant Del-Ton, Inc.

**This judgment filed and entered on April 24, 2019, and served on:**
Peter J. Corcoran (via CM/ECF Notice of Electronic Filing)
Frank Walter Leak, Jr. (via CM/ECF Notice of Electronic Filing)
Caroline Batchelor McLean (via CM/ECF Notice of Electronic Filing)
Joseph A. Schouten (via CM/ECF Notice of Electronic Filing)
Marla Spector Bowman (via CM/ECF Notice of Electronic Filing)

                PETER A. MOORE, JR., CLERK

April 24, 2019

                 /s/Lindsay Stouch
                 By: Deputy Clerk