# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
# 5:17-CV-259-BO

| | |
|---|---|
| VOIT TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>DEL-TON, INC.,<br><br>    Defendant. | **DECLARATION OF<br>PETER J. CORCORAN III** |

I, Peter J. Corcoran, III, declare the following facts based on my personal knowledge:

1. I am lead counsel to Barry H. Schwab and Plaintiff Voit Technologies, LLC.

2. Attached as Exhibit 1 is a true and correct copy of Defendant Del-Ton, Inc.'s, May 10, 2019, Subpoena to Barry H. Schwab to Product Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action.

3. Attached as Exhibit 2 is a true and correct copy of Defendant Del-Ton, Inc.'s, May 10, 2019, Subpoena to Barry H. Schwab to Testify at a Deposition in a Civil Action.

I declare under penalty of perjury that the foregoing is true and correct.

This 7th day of June, 2019.

                 */s/ Peter J. Corcoran, III.*
                 Peter J. Corcoran, III