IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO.: 5:17-CV-259-BO

| | |
|---|---|
| VOIT TECHNOLOGIES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NOTICE OF SETTLEMENT |
| ) | |
| DEL-TON, INC., ) | |
| ) | |
| Defendant. ) | |

COMES NOW the Defendant Del-Ton, Inc., by and through its undersigned counsel, and respectfully informs the Court that the parties have reached a settlement agreement in the above-captioned matter. The settlement document has been finalized and executed. As a result of the settlement, all outstanding issues have been resolved in this matter.

This the 17th day of October, 2019.

/s/ *Joseph A. Schouten*
Joseph A. Schouten
N.C. State Bar I.D. No.: 39430
email: jas@wardandsmith.com
Marla S. Bowman
N.C. State Bar I.D. No.: 49097
email: msbowman@wardandsmith.com
For the firm of
Ward and Smith, P.A.
Post Office Box 33009
Raleigh, NC 27636-3009
Telephone: 919.277.9100
Facsimile: 919.277.9177
Attorneys for Defendant Del-Ton, Inc.

CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Peter J. Corcoran, III, Esq.
>peter@corcoranip.com
>
>Frank W. Leak, Jr., Esq.
>frank.leak@fisherbroyles.com

>/s/ *Joseph A. Schouten*
>Joseph A. Schouten
>N.C. State Bar I.D. No.: 39430
>email: jas@wardandsmith.com
>For the firm of
>Ward and Smith, P.A.
>Post Office Box 33009
>Raleigh, NC 27636-3009
>Telephone: 919.277.9100
>Facsimile: 919.277.9177
>Attorneys for Defendant Del-Ton, Inc.

ND: 4840-8617-2841, v. 1